IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JOHN HENRY ROHMFELD, JR.** | § | |
| **FED. REG. I.D. 24581-179** | § | |
| | § | |
| **V.** | § | **C.A. NO. C-07-255** |
| | § | |
| **FEDERAL BUREAU OF PRISONS, ET AL.** | § | |

### MEMORANDUM OPINION AND ORDER OF TRANSFER

Plaintiff John Henry Rohmfeld, Jr. is a federal prisoner currently incarcerated at the Federal Correctional Institution ("FCI") in Bennettsville, South Carolina. He filed this civil action on May 29, 2007, alleging that defendant Gloria White, a notary public employed by FCI-Bennettsville, refused to notarize documents for him. (D.E. 1). He has also named as defendants the Federal Bureau of Prisons, the FCI-Bennettsville warden, Michael Pettiford, and a prison administrator, Darlene Buchanan. Id.

The district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b).

A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claim occurred in Bennettsville, South Carolina. In addition, defendants are located in Bennettsville, South Carolina.

South Carolina constitutes one judicial district.  28 U.S.C. § 121.  Bennettsville is located in Marlboro County, South Carolina, and Marlboro County is located in the Florence Division of the South Carolina judicial district.  Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for South Carolina, Florence Division.  All pending motions are denied without prejudice, subject to re-urging after this action is transferred.

ORDERED this 11th day of June, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE